UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
EILEEN SISK,                          )
                                      )
        Plaintiff                     )
                                      )
v.                                    )
                                      )   No. 3:11-1159
GANNET COMPANY, INC.; GANNETT         )   Judge Campbell/Brown
COMPANY, INC. INCOME PROTECTION       )
PLAN; and AETNA LIFE INSURANCE        )
CO., a Connecticut corporation,       )
                                      )
        Defendants                    )
```

**O R D E R**

The Plaintiff filed a motion for an order compelling Defendants to complete the administrative record or to allow her to file a video taped statement dated November 19, 2010.

The Defendants will respond to this motion within **seven days** of its filing.

Frankly, the Magistrate Judge is disappointed that counsel have not worked this out by talking to each other. When video discs are sent they should be sent with a clear notation of what program is used to open them, and it should be sent in a format that is common. If there is a problem, the attorneys should promptly communicate with each other to resolve it. At this point it appears that the Defendants may have opened a subsequent copy of the statement, so the Magistrate Judge is not sure whether the problem is that they still cannot open it or whether they do not believe that the statement is appropriate to be included in the administrative record.

2

The Magistrate Judge will not rule on this motion pending a response by the Defendants. Hopefully, the response will be that the matter is resolved without the need for the Magistrate Judge to further consider it.

It is so **ORDERED**.

/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge