IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EILEEN SISK ) | |
| ) | |
| v. ) | NO. 3-11-1159 |
| ) | JUDGE CAMPBELL |
| GANNET COMPANY, INC., et al. ) | |

ORDER

Pending before the Court is Defendant Aetna Life Insurance Co.'s Motion for Partial Dismissal (Docket No. 26), joined in by Defendants Gannett Company, Inc. and Gannett Company Inc. Income Protection Plan (Docket No. 28). Defendants seek dismissal of Plaintiff's breach of fiduciary duty claim.

Plaintiff has filed a Response to the Motion (Docket No. 33), in which she indicates no objection to the dismissal of the separate breach of fiduciary duty claim in paragraph 29 of her Amended Complaint (Docket No. 23).

Accordingly, Defendants' Motions (Docket Nos. 26 and 28) are GRANTED as unopposed, and Plaintiff's breach of fiduciary claim is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE