IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EILEEN SISK | ) |
| | ) |
| v. | ) NO. 3-11-1159 |
| | ) JUDGE CAMPBELL |
| GANNET COMPANY, INC., et al. | ) |

ORDER

Pending before the Court is a Motion to Dismiss Defendant Aetna Life Insurance Co. (Docket No. 51), filed jointly by Plaintiff and Defendant Aetna Life Insurance Co. pursuant to Fed. R. Civ. P. 41(a)(2). The Motion is GRANTED, and Plaintiff's claims against Defendant Aetna Life Insurance Co. are DISMISSED. The remaining claims are referred back to the Magistrate Judge for further customized case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE