```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

EILEEN SISK,                          )
                                      )
        Plaintiff                     )
                                      )
v.                                    )
                                      )        No. 3:11-1159
GANNET COMPANY, INC.; GANNETT         )        Judge Campbell/Brown
COMPANY, INC. INCOME PROTECTION       )
PLAN; and AETNA LIFE INSURANCE        )
CO., a Connecticut corporation,       )
                                      )
        Defendants                    )

## O R D E R

A review of this file does not show any activity since the Magistrate Judge denied Plaintiff's motion for leave to file a second amended complaint (Docket Entry 60) on April 1, 2013. No request for review of that order was filed, so the order stands. The Magistrate Judge does not see at the present time any pending motions in this case. The administrative record has been filed. The original deadline for filing dispositive motions, such as a motion for judgment on the administrative record, has long since passed (Docket Entry 17).

A telephone conference with the parties is set for **Thursday, May 16, 2013, at 3:30 p.m.** to discuss setting deadlines for the completion of this case. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

                              /S/ Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge