```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

EILEEN SISK,                           )
                                       )
         Plaintiff                     )
                                       )
v.                                     )
                                       )    No. 3:11-1159
GANNET COMPANY, INC.; GANNETT          )    Judge Campbell/Brown
COMPANY, INC. INCOME PROTECTION        )
PLAN; and AETNA LIFE INSURANCE         )
CO., a Connecticut corporation,        )
                                       )
         Defendants                    )

## O R D E R

A telephone conference was held in this matter on May 16, 2013. After discussion with the parties the following deadlines are established.

Plaintiff will file any requests they have for discovery by **June 3, 2013**. The Defendants will have **14 days** to respond. There will be no reply absent Court permission.

In the event the Magistrate Judge denies further discovery in this matter, the Plaintiff's motion for judgment on the administrative record will be due **28 days** after the entry of that order. The Defendants may have **28 days** in which to respond, and the Plaintiff may have **14 days** in which to file a reply, limited to **five pages**. If a dispositive motion is filed early the reply date is moved up accordingly. In the event the Magistrate Judge does allow additional discovery then the Magistrate Judge will schedule a telephone conference with the parties to set a deadline for the completion of discovery and a new deadline for filing a motion for judgment on the administrative record.

It is so **ORDERED**.

                                                                   /S/ Joe B. Brown
                                                                   JOE B. BROWN
                                                                   United States Magistrate Judge