ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EILEEN SISK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 3:11-cv-01159 |
| | ) Judges Campbell, Brown |
| GANNET COMPANY, INC., | ) |
| | ) |
| GANNET COMPANY, INC. INCOME | ) |
| PROTECTION PLAN, | ) |

PLAINTIFF€S MOTION FOR ADDITIONAL TIME
WITHIN WHICH TO FILE HER MOTION FOR
JUDGMENT ON THE ADMINISTRATIVE RECORD
AND SUPPORTING BRIEF

Plaintiff Eileen Sisk respectfully moves this Honorable Court for an additional two (2) weeks to file her Motion for Judgment on the Administrative Record and supporting Brief. In the Court€s 09/16/13 Order, Plaintiff was ordered to file same within 28 days, i.e. by 10/14/13. Given that 10/14/13 falls on a federal holiday, the effective deadline is 10/15/13.

The undersigned would show the Court that at the time the 09/16/13 Order was entered, he already had the following time-sensitive matters on his calendar: September 2013 deadline to submit additional evidence and argument in re long term disability (LTD) claim of Nancy G. to Guardian Life Insurance Co.; 09/25/13 deadline for filing memorandum and additional evidence in support of request for review by SSA€s Appeals Council in re Greg W.; 09/26/13 SS disability hearing re Benita G.; 10/06/13 deadline for filing memorandum and additional evidence in support of request for review by SSA€s Appeals Council in re Pieter L.; 10/07/13 SS disability hearing in re Terry S.; 10/12/13