UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EILEEN SISK ) | |
| ) | |
| v. ) | NO. 3:11-1159 |
| ) | JUDGE CAMPBELL |
| GANNET CO., INC., et al. ) | |

ORDER

Pending before the Court is Plaintiff's Motion for Leave to File a Response to Defendant's Objections to the Review and Recommendation of the Magistrate Judge (Docket No. 95). The Motion is GRANTED and the Clerk is directed to file Plaintiffs Response.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE